**Bruce E. HOFFMAN, Curator of the estate of Frank Sever, Jr.,**
Plaintiff–Appellant,

v.

**Morton G. GLICKMAN, Stephen E. Feldman, and Delcath Systems, Inc., Defendants–Appellees.**

No. 04–1555.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2005.

Before NEWMAN, RADER, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36